United States District Court
Southern District of Texas
**ENTERED**
September 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESTHER DARNELL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:20-cv-4143 |
| | § | |
| DEPARTMENT OF JUSTICE | § | |
| (DRUG ENFORCEMENT ADMINISTRATION), | § | |
| ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 20, 2021 (ECF 23) and the objections thereto (ECF 24) the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's claims brought under 42 U.S.C. § 1981 are dismissed without prejudice for lack of jurisdiction.

**SIGNED** at Houston, Texas this ___9th___ day of September, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE