## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ESTHER DARNELL,

*Plaintiff,*

V.                                                                 CIVIL ACTION NO. 4:20-cv-4143

DEPARTMETN OF JUSTICE (DRUG ENFORCEMENT ADMINISTRATION), ET AL.,

*Defendants.*

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 14, 2022 (Dkt. 54) and Plaintiff's objections thereto (Dkt. 55) the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore ORDERED that the Magistrate Judge's Memorandum and Recommendation is hereby ADOPTED by this court. Plaintiff's claims against Maximus Federal Services, Inc and Professional Risk Management, Inc. are dismissed with prejudice.

**SIGNED** at Houston, Texas this **5th** day of July, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE