United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESTHER DARNELL, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20cv4143 |
| § | |
| TIMOTHY SHEA, ACTING ADMINISTRATOR OF § | |
| DRUG ENFORCEMENT ADMINISTRATION, § | |
| PROFESSIONAL RISK MANAGEMENT, INC., AND § | |
| MAXIMUS FEDERAL SERVICES, INC., § | |
| *Defendants.* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 16, 2023 (Dkt. 106) and the objections thereto (Dkt. 108), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Plaintiff's Motion in Limine (Dkt. 101) is **DENIED** because it is moot.

Also pending is "Plaintiff's Request for Rule 59(e) Opposed Motion to Alter or Amend ECF 103" (Dkt. 107). The Court has reviewed the May 31, 2023 Order (Dkt. 103) and finds that Plaintiff's Rule 59(e) motion is without merit. It is therefore **ORDERED** that Plaintiff's motion (Dkt. 107) is **DENIED**. To the extent Plaintiff's Rule 59(e) motion could be construed as objections to the Magistrate Judge's Memorandum and Recommendation, they are **OVERRULED**.

The court will issue a separate Final Judgment.

**SIGNED** at Houston, Texas this 24th day of July, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE