United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESTHER DARNELL, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20cv4143 |
| § | |
| TIMOTHY SHEA, ACTING ADMINISTRATOR OF § | |
| DRUG ENFORCEMENT ADMINISTRATION, § | |
| PROFESSIONAL RISK MANAGEMENT, INC., AND § | |
| MAXIMUS FEDERAL SERVICES, INC., § | |
| *Defendants.* § | |

## FINAL JUDGMENT

In accordance with this Court's Order of Adoption adopting the Magistrate Judge's recommendation that Defendants' Motion for Summary Judgment (Dkt. 89) be **GRANTED** and Plaintiff's Motion for Summary Judgment (Dkt. 98) be **DENIED**, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED** in their entirety with prejudice and Plaintiff shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this **24th** day of July, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE